IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| CIRREX SYSTEMS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGIODYNAMICS INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO.  12-01767-RLV |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Cirrex Systems LLC and defendant AngioDynamics Inc. hereby jointly move and stipulate that all matters between the parties be dismissed without prejudice and without costs to any party.

Dated: December 7, 2012               Respectfully submitted,

/s/ Michael Wolak III_____
Michael S. French
Georgia Bar No. 276680
mfrench@wargofrench.com
Michael Wolak III
Georgia Bar No. 773197
mwolak@wargofrench.com
**WARGO FRENCH**
999 Peachtree Street N.E.

A/75282991.1

26th Floor
Atlanta, Georgia 30309
(404) 853-1500
(404) 853-1501 (facsimile)

Scott T. Bluni (*Pro Hac Vice*)
scott.bluni@bingham.com
Lawrence T. Stanley, Jr. (*Pro Hac Vice*)
lawrence.stanley@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
(617) 951-8000
(617) 951-8736 (facsimile)

James G. Snell (*Pro Hac Vice*)
james.snell@bingham.com
**BINGHAM MCCUTCHEN LLP**
1117 S. California Avenue
Palo Alto, CA 94304
(650) 849-4400
(650) 849-4800 (facsimile)

*Counsel for AngioDynamics, Inc.*

*-and-*

**/s/ Douglas L. Bridges**
Jacqueline K. Burt
Georgia Bar No. 425322
Jburt@hgdlawfirm.com
Graham B. Firestone
Georgia Bar No. 261615
gfirestone@hgdlawfirm.com
Jonathan R. Miller
Georgia Bar No. 507179
jmiller@hgdlawfirm.com
**HENINGER GARRISON**

**DAVIS, LLC**
3350 Riverwood Parkway
Suite 1900
Atlanta, Georgia 30339-3372
(404) 996-0863
(205) 547-5506 (Facsimile)

Douglas L. Bridges
Georgia Bar No. 080889
dbridges@hgdlawfirm.com
**HENINGER GARRISON & DAVIS, LLC**
169 Dauphin Street
Suite 100
Mobile, Alabama 36602
(251) 298-8701
(205) 547-5504 (Facsimile)

*Counsel for Cirrex Systems, LLC*

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that I have on this day filed the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 7th day of December, 2012.

/s/Douglas L. Bridges